# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

WAYNE D. PERRY, #129097     :

    **Plaintiff,**     :

vs.     :    **CIVIL ACTION 12-00231-CG-C**

GRANTT CULLIVER, *et al.*,     :

    **Defendants.**     :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.   It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 4th day of June, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE