# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| **WAYNE D. PERRY, #129097** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-00231-CG-C |
| **GRANTT CULLIVER,** *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 4th day of June, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE